**RECEIVED**

DEC 01 2022

RICHARD W. NAGEL, Clerk of Court
COLUMBUS, OHIO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
COLUMBUS

CAROL GIVENS )
P.O. BOX 117 ) Case No: **2:22 CV 4252**
BELLAIRE, OH 43906, )
                    ) Judge:
          Plaintiff, ) Magistrate: **JUDGE MORRISON**
     vs. )
                    ) **MAGISTRATE JUDGE VASCURA**
SHADYSIDE POLICE DEPARTMENT )
VILLAGE OF SHADYSIDE, OHIO ) COMPLAINT
50 EAST THIRTY NINTH STREET, ) FOR DAMAGES
SHADYSIDE, OH 43947, )
                    ) FEDERAL QUESTION;
CHIEF DONALD L. COLLETTE, S.P.D. )
50 EAST THIRTY NINTH STREET, ) Constitutional Claims
SHADYSIDE, OH 43947, )
                    ) CIVIL RIGHTS VIOLATIONS;
ASSISTANT CHIEF JEFFREY TODD ) 42 U.S.C. §1983, OTHER
LOEFFLER, S.P.D. ) FEDERAL STATUTES
50 EAST THIRTY NINTH STREET, )
SHADYSIDE, OH 43947, )
                    )
CODE ENFORCER JOSEPH E. KLUG )
(a.k.a. JOE KLUG) )
3496 CENTRAL AVENUE )
SHADYSIDE, OH 43947, )
                    )
CHIEF PROSECUTOR KEVIN FLANAGAN )
BELMONT COUNTY PROSECUTOR OFFICE )
52160 NATIONAL RD. )
SAINT CLAIRSVILLE, OH 43950, )
                    )
(Individually, and )
Collectively in their official, )
or unofficial capacity) )
                    )
          Defendant(s). )

**FEDERAL COMPLAINT**

**NATURE OF ACTION**

1. This is a federal-question under Federal statutes,

constitution, and common law claims under Ohio law. Plaintiff asserts

claims against SHADYSIDE POLICE DEPARTMENT, VILLAGE OF SHADYSIDE,

OHIO, ("SHADYSIDE")/("SPD'), CHIEF DONALD COLLETTE, ("COLLETTE"), and
ASSISTANT CHIEF JEFFREY TODD LOEFFLER, ("LOEFFLER"), JOSEPH KLUG
("KLUG"), and PROSECUTOR KEVIN FLANAGAN, ("FLANAGAN"), in excess of
$75,000.00 in damages, Federal question, Constitutionality, civil
rights, fraud, interference in interstate commerce, condemnation of
land regulated under federal statute, intent to destroy interstate
commerce, tortious interference with breach of contract, federal
contract, misappropriation, loss of companionship, support, nurturing,
and guidance and association, economic loss, duress and malice against
Plaintiff, and on behalf of Dennis A. Givens.

## JURISDICTION & VENUE

2. And federal-question action, and all those involving claims
arising under Federal law, including Title 28 U.S.C. § 1343, et seq.;
Title 28 U.S.C. § 1331; Title 28 U.S.C. § 1332(a)(1), as applicable,
42 U.S.C. §§1981-1983; and that which may arise under color of law,
Racketeer Influenced, Federal Corrupt Practices Act 2:241-256; 18
U.S.C. §§241, 242, 245; First, Second, Fourth, Fifth, Sixth, Ninth,
Fourteenth and other Federal Amendments, and other appropriate federal
statutes, and state law claims, and exceeding $75,000.00 in damages.

3. Defendant(s) SPD, COLLETTE, LOEFFLER, KLUG, and FLANAGAN, DENY
Plaintiff's First Amendment Right to Petition the government, and to
report crime, committing Federal discrimination against the Plaintiff,
and of breach of peace and duty, and against acts protected under
Federal Statute, Defendant(s) acting, and at all times, under color of
law. And such Protected Rights, by act, or omission, by Defendant(s)
are not an isolated act, or omission, but a continued pattern clearly
protect by the United States Statute, and further inalienable Rights

protected by the Constitutions of the United States, and the State of Ohio.

4. Plaintiff incorporates, by reference, any attached Exhibits.

5. This Action is brought into question Article I of the Ohio Constitution, Title 29; Section §2921.05; and corresponding Sections of the Ohio Revised Code; and/or corresponding sections and code of appropriate federal and state statutes.

6. There is no justification for a police or patrol officer not knowing the law.

7. Defendant(s) acts or omissions are the latest series of 'witch-hunts' against the Givens'. The corrupt, and highly political police department of SHADYSIDE, OHIO, personified and personalized by COLLETTE, LOEFFLER, KLUG, and FLANAGAN, has subjected Plaintiff(s) to ongoing criminal investigation(s), and gross violations of Plaintiff protected rights, and subjecting Plaintiff to further 'trumped-up' charges and false allegations to protect an ongoing criminal operation, under color of law.

8. Under color of law, with willful knowledge and intent, and malice, Defendant(s) SPD, COLLETTE, LOEFFLER, KLUG, and FLANAGAN, with the stated intention of Plaintiff, Carol Givens, and candidate for Mayor of the Village of Shadyside, Greg Givens: it is the intention of the Defendant(s) to continue to harass, stalk, burden, and conspire against the Plaintiff(s) in violation of their Federally protected and states' rights unto yet another election. To continually hang allegations / 'charge(s)' over Plaintiff, up to, and until, such time,

as beneficial to THE DEFENDANT(S) political agenda to profit and gain themselves, and others, indefinitely.

9. Plaintiff is suing for the premature DEATH of beloved Brother-In-Law, and Uncle of Carol and Greg Givens, negligence, dereliction of rights, intentional and wanton acts, fraud, harassment, and of retaliation, against the Givens', murder, and attempted murder, in the act of Federally Protected activities, and under color of law, committed against the Plaintiff, and by named Defendant(s), SPD, COLLETTE, LOEFFLER, KLUG, and FLANAGAN.

10. Defendant COLLETTE is a cold, and violent man, and has lost all aspects of humanity, who peddles in death, and criminal retaliation, running a corrupt police force, aimed at the destruction of political enemies of Mayor Robert A. Newhart, Sr. and counsel.

11. Defendant(s) LOEFFLER, AND KLUG, are consummate liars, who stand for nothing, hiding behind a tarnished shield of criminal operation, obstruction, retaliation, and perjurious actions, as "badge bullies."

12. Defendant FLANAGAN is nothing but a condoner of corruption, dishonest officials, destroyers of the peace, and those who stand to protect their friends, informants, and criminal elements of evil that tear at the fabric of society and destroy what innocence to protect the guilty.

13. Defendant SPD, COLLETTE, LOEFFLER, KLUG, and FLANAGAN have committed wanton acts of gross interference with the Federal Civil and Constitutional Rights of the Plaintiff, which interfere with Plaintiff's ability of protected Federal activities under Federal

Statute.  As well as the Constitutions both of the United States, and the State of Ohio, common law, including, but not limited to: interstate contracts, and interfered with federal business relations, and with the U.S. government, and in doing so has falsely and fraudulently taken from Plaintiff, and committed wanton acts associated against the Plaintiff, and done so with clear will, intent, and malice, clearly regulated under color of law.

## THE PARTIES

14. Plaintiff CAROL GIVENS, is a resident of Shadyside, Ohio, at: 3735 Highland Avenue. Shadyside, OH 43947, and whose mailing address is: P.O. Box 117, Bellaire, OH 43946.

15. Plaintiff GREG GIVENS, is a operator of mechanical devices, contracting, service and repair of machines, with his principal place of business in Ohio at: 3735 Highland Avenue. Shadyside, OH 43947, and whose mailing address is: P.O. Box 117, Bellaire, OH 43946.

16. Defendant SHADYSIDE POLICE DEPARTMETNT, is a quasi-judicial, geo-political body of the Village of Shadyside, operating under the authority and supervision of the Mayor and Village Council, in the county of Belmont, Ohio.

17. Defendant DONALD L. COLLETTE, is the chief of police, and department head, under the supervision and control of the Mayor, and Village Council, in the Village of Shadyside, Ohio.

18. Defendant JEFFREY TODD LOEFFLER, is the assistant chief of police, and department supervisor, under the supervision and control of the Mayor, and Village Council, in the Village of Shadyside, Ohio.

19. Defendant JOSEPH E. KLUG, is the chief code enforcer of the Village of Shadyside, Ohio, under the supervision and control of the Mayor, and Village Council, in the Village of Shadyside, Ohio.

20. Defendant(s) interfere with and jeopardize Plaintiff's federal agreements with the United States government, from which Plaintiff's earnings sit within excess of contract, and/or common law misappropriation. Individually, and collectively, DEFENDANT(S) are acting as a state actor, under color of law.

21. This Action is brought for damages and other appropriate statutory relief, under diversity, Federal Question, in addition to other appropriate relief under this Court's jurisdiction.

### FACTS COMMON TO ALL COUNTS

22. Over the course of the past several months, and earlier, Defendant(s) SPD, COLLETTE, LOEFFLER, KLUG, complicit, meant to damage the reputation of the Plaintiff, an to imply that he was "criminal", "crazy.", otherwise destroying Plaintiff customers, for Defendants' personal, political, material, and financial gain;

23. During the course of these events, Defendant(s) have misused their position and information against Plaintiff; utilized unethical conduct with schemes and fraud, mis-representation, intimidation, or molestation, and by means of restraint of trade, defamation against the Plaintiff, impugning trade, business or profession of the Plaintiff, and resulting in Plaintiff's injuries; and have affected borrowers and lenders, recouping costs, and mis-use of inside or confidential information affecting the Plaintiff to his injury.

24. Defendants continue this conduct unabated, and have taken steps to continue the bad conduct, and refuse to stop.

25. The Plaintiff alleges that the Defendants stalked and harassed Plaintiff directly causing interference with third parties, namely the federal government, and Congressionally-regulated banks and institutions under the laws of the United States.

26. On June 8, 2021, and there abouts, Defendant KLUG, against the protected rights of the Plaintiff, perjured himself, attesting under oath that Carol and Greg Givens were "drunk", while circulating petitions for Mayor, and Village Council President, to coverup for felonious known by the remaining Defendants, and the Shadyside Police Department, to retaliation against the Plaintiff, in this instance, and with further atrocities against the Plaintiff, with the motive that they stood to lose their job and position, if Givens was elected to said public office(s) in the Village of Shadyside, Ohio.

27. On or about June 7, 2021, Defendant LOEFFLER conspired, and falsely testify, to deprive Plaintiff of their Federal Constitutional Rights by making up charge against Greg Givens, to 'gaslight' criminal trespass away from Clyde Yates, Jr. and Defendant KLUG for breaking and entering on Givens property, and campaign headquarters, along with menacing of power lines and utilities with Defendant COLLETTE at the Givens headquarters, and criminal damage to that property at 3735 Highland Avenue, Shadyside, Ohio, to cover-up for the felonious crimes of both 'good friends' of his boss, the Mayor, and himself, and to further damage the reputation of Givens, and tamper with the results of a government-regulated election, under color of law.

28. On January 11, 2021, Defendant KLUG, against the protected rights of the Plaintiff, further perjured himself by attesting that Carol Givens, Greg Givens, and/or Dennis Givens was served with papers concerning made-up "violations" about 3735 Highland Avenue, Shadyside, Ohio, the Givens' home, and campaign headquarters, further complicating the atrocities of the remaining Defendants, and trying to seal records, filed multiple false police reports, contrary to judicial law in Belmont County, Ohio, Case Nos. 21-DR-0149, and 21-DR-0150, and in the Belmont County Courts, and in Belmont County Court, Eastern Division, Case No. 18-CR-B-0381-E, State v. Givens, affecting the course of justice, and in Federal court, and the effective outcome of a criminal investigation into the Defendants violations of statutory law, in a racketeering scheme to profit themselves, and others, against the Plaintiff, effecting such act(s), or omission(s) regulated under Ohio Revised Code: MENACING: §2903.22; ELDER ABUSE: §§5101.60(A), 5101.60(O); IMPERSONATING AN OFFICER: §2913.44; INTIMIDATION OF ELECTION OFFICIAL: §3599.24; INTIMIDATION OF ELECTORS: Ninth Amendment, 18 U.S.C. §594.52; 18 U.S.C. §20511(1); 18 U.S.C. §245(b)(1)(A); CAMPAIGN INTERFERENCE: §3599.24; PERJURY §§2921.11; 5924.131; RETALIATION: §2921.05; CRIMINAL CONSPIRACY: §2923.01; OBSTRUCTION OF JUSTICE: §2921.31. ET SEQ. of the Ohio statutory/ criminal code.

29. On May 25, 2022, Defendant LOEFFLER, retaliated against the Givens by forcing the tow of their campaign van, AND AT OTHER TIMES WITNESSED BY CRIME WATCH, pulling guns on the Givens', without probable cause, in an 'unsigned' yellow search and seizure of the Givens van, Ohio license no. HFE-5763, to 'punish' the Givens' for presenting criminal complaints against CLYDE YATES, JR. and JOSEPH

KLUG.  A violation of Ohio law on the part of the Defendant LOEFFLER, and the Shadyside Police Department.

30. On, or before, August 1, 2022, Belmont County, Ohio Case Nos. 22-DR-0205, and 22-DR-0208, and on subsequent date, Defendant(s) LOEFFLER, and KLUG attempted to 'hide' criminal activity and suppress subsequent allegations, committed perjury on June 4, 2021, and records of charges against persons committing crimes against the Givens', by "cover-up' of the mis-deeds and criminal activities of persons mentioned in prior police complaints, (and friends of the Defendant(s)), falsifying, under oath and seal, an 'official' record, or 'alibi,' to obstruct justice, and abuse the rights of victims of crime, and to cover for the mis-deeds of criminals, and by the attempt to unlawfully 'seal' an entire, otherwise public record protected under the Ohio Open Records Act, to obstruct justice and potential criminal investigations into the KLUG'S and YATES' for felony violations of law, to the harm of the Plaintiff, under color of state and federal law, and on June 2-3, using instant, interstate to wiretap to obstruct justice, and commit perjury in each instance.

31. On June 2-3, 2022, utilizing regulated interstate wire-transfer, and at other times, Defendant LOEFFLER, filed several false police reports against Givens, obstructing to course of justice, instances, of which, stemmed from events or instances when LOEFFLER was neither in uniform, or on duty at the time, nor was LOEFFLER at the scene of the so-called crime(s), 'made-up' against any one of the Givens', especially Greg Givens, candidate for Mayor, during a campaign/election regulated under federal and state law.

32. Defendant LOEFFLER's charge(s), were/are in effect, false, misleading, intentional, and "politicizing" the Shadyside Police Department, in favor of the 30-year incumbent Mayor, Robert A. Newhart, Sr., against Givens, during a federally-regulated political campaign involving each of the remaining Defendant's (except FLANAGAN), as boss in such criminal capacity and enterprise.

33. Dennis A. Givens, died as a result of the Defendant act(s), or omission(s), with Carol and Greg Givens as the intended target.

34. It must have been the "ghost" of Dennis A. Givens, that Defendant KLUG and LOEFFLER, attested, under oath, that named Defendant(s) "served" papers concerning 3735 Highland Avenue, Shadyside, Ohio, on Plaintiff, CAROL GIVENS, who was in Florida, and Dennis Givens, was DEAD, during the time of the "service" on the so-called papers concerning "violations" of 3735 Highland Avenue, Shadyside, Ohio, the Givens' property, obstructing federal justice.

35. On April 12, 2022, it is known that Defendant COLLETTE was seen, out of uniform, or police cruiser, leaving Shadyside, Ohio, targeting the car driven by Greg Givens, who followed Greg Givens to work at a government office, commuting. Givens, having gone inside his government work-place purposefully, and with intent to intimidate Givens, had his Uncle's car towed, in disguise, and out of uniform, and retaliation for complaints made to the Shadyside Police Department, and to further stalk, and enact vengeance/retaliation upon Givens, and his associations, without probable cause.

36. On May 19, 2022, Defendant LOEFFLER, of Defendant SPD, lunged an attack against Carol Givens, alongside a CRIME WATCH witness, at the complaint desk of the Shadyside Police Department, physically

intending harm against Carol Givens, 74 years of age, with threats, and screaming orders to her: "No more!!!... That's enough!!! (complaints), placing fear and trepidation upon Carol Givens to not to report any more crime, and especially complaints that pertained against his (admitted) 'good friends", cohorts and gamers. I.e. (CLYDE YATES, JR., AND JOSEPH KLUG, proving that LEOFFLER had read all the Police Report filed by CRIME WATCH, and others.

37. On Jude 20, 2022, Defendant KLUG, along with suspect, Clyde Yates, Ur., did willfully, and knowingly, with malice conspire, and menace Greg and Carol Givens, dressed in black and orange garb, orchestrating harm, armed and surrounding Plaintiff at the Givens home, with torches, at night, threatening the life and livelihood of the Plaintiff, while bound to remain in their bedroom and bathroom with instruments to harass, intimidate, and menace the Plaintiff to leave the town of Shadyside, Ohio.

38. On May 13, 2022, Defendant KLUG along with suspect Clyde Yates, Jr. of 3743 Highland Avenue, Shadyside, Ohio, did knowingly, and willfully, orchestrate and did trespass, vandalize, and dump debris on the Givens estate, at 3735 Highland Avenue, Shadyside, Ohio, doing harm to the Givens property and intending on doing harm to Greg and Carol Givens with deadly intent to intimidate, harass, and menace Greg and Carol Givens, to again 'leave town."

39. And all of which causing the premature death/suffering of the Plaintiff, and corruption of justice against the Givens Family, and others. And that the Defendant(s)' attitude was: "If your not a COP, you are merely 'little people'."

40. Defendant FLANAGAN, all along, had fully known, and is culpable, that CRIME WATCH reports flooded his office, about such instances and criminal activity, with complaints related to all criminal code violations, and state cause(s) of action, where clearly the Givens' were targeted. With Givens the victim, and Defendants, the predators.

41. One CRIME WATCH REPORT:

{QUOTE}:

    1. On May 13, 2022 at approximately 4:40 p.m., CLYDE E. YATES of 3743 Highland Avenue, Shadyside, Ohio, Mead Township, Belmont county, Ohio, was seen, and did knowingly cause, acts of Criminal Retaliation and Trespass upon Carol Givens, and the Givens' and Givens property located at 3735 Highland Avenue, Shadyside, Ohio, with the Village of Shadyside, as witnessed, and believed to be along side a Code Enforcer/Joe Klug (a.k.a. Joseph Klug) of 3496 Central Avenue, Shadyside, Ohio 43947, and another person of description; and on other occasions, against Carol Givens BECAUSE of her reporting the Incident of: Criminal Trespass, Vandalism, and Dumping of Clyde Yates, Jr., to Officers, JEFFREY TODD LOEFFLER, and BRENEN DALE COLLETTE on May 5, 2022, at the Shadyside Police Department, in the name of the state of OHIO, and as an act of conspiracy, under threat of harm to Carol Givens, the Givens' and the Givens property, against the victim(s) and witness(es) to a prior crime reported, and in an act of CRIMINAL RETALIATION and revenge, under Section 2921.05 of the Ohio Revised Code, because the victim filed lawful complaint, or alleged criminal charges ;

    2. Misty Dawn Klug and Joseph E. Klug, of 3496 Central Avenue, Shadyside, Belmont, Ohio 43947, have committed felony acts upon Carol L. Givens, singling her out, and her care-giver son, Greg Givens, by some of the following acts and offenses against her: TO WIT:

    3. As a clear pattern, and under threat of harm and criminal menacing, and to deter Mrs. Givens Belmont county petitioning and testimony, Misty Dawn Klug, alongside Joseph Klug and Micelle Munges, physically coerced Carol L. Givens, a material witness in Belmont County, Ohio Common Pleas Case No's. 21-DR-0149 and 21-DR-0150, who had knowledge of facts concerning criminal acts (committed in Belmont County by Joseph E. Klug, and members of the Shadyside Police Department) of Stalking and Menacing of Carol L. Givens, and her care-giver, Greg Givens, by Misty Dawn Klug, Joseph Klug and Michelle Munges on/near that property while on official Belmont County Election business, in and throughout the vicinity

of Shadyside, Ohio, representing Robert Newhart, Sr., and the Village of Shadyside, Ohio;

4. I personally witnessed, on the 3500 Block of Central Avenue, a person, identifying herself as "Mrs. Klug,"/"Misty Dawn Klug, wife of Joe Klug," approached Greg Givens and Carol Givens, and representing also Kevin Tomlinson, all Belmont County-registered candidates petitioning for ballot for public office at that time. Misty Dawn Klug, attesting on that time, that her husband, Joe Klug "was an attorney and officer representing Mayor Robert Newhart, and the Village of Shadyside, Ohio."

5. I, Frances D. Wright, personally witnessed Misty Dawn Klug aggressively first approaching Mr. Greg Givens within one (1) inch of Greg Givens' head, irate and pulling at her hair, and waving her arms over Greg Givens, screaming at him and Carol Givens, as if to strike Greg Givens and Carol Givens in the head, then concealing something black posing it as a weapon, and yelling obscenities and threats to Mr. and Ms. Givens for over thirty (30) minutes, making statements that she (Misty Dawn Klug) threatened to: "ruin Greg Givens' campaign", and that she (Misty Dawn Klug) stated that she would "see to it that, Greg Givens never makes it into office." And that "you're (Givens) are the one that's crazy," "and you sue everyone." Michelle Munges, and Misty Dawn Klug together, demanded to Mrs. Zacharias to "scratch her (Mrs. Zacharias') name from the voter petition sheets (of Greg Givens, Carol Givens, and Kevin Tomlinson), right now!!!" Further stating that she (Misty Dawn Klug) would "call, and actively discourage voters, and would talk to neighbors, and everyone on social media, telling EVERYONE, NOT sign to Greg Givens, Carol Givens, and Kevin Tomlinson's petitions," and that she is "good friends with the Mayor" (Robert Newhart, Sr.) and that "her husband, Joseph Klug, was a lawyer for the Mayor, Robert Newhart, Sr." And that, "we all know you (Greg Givens) sleep in your van.", Misty Dawn Klug, all said, screaming at Greg Givens and Carol Givens. And the whole-time following Greg Givens and Carol Givens around, stalking, and menacing the Givens', up and until the time the Givens' departed. Robin Brown, a friend of Michelle Munges was also present during this time, and that both Michelle Munges and Robin Brown were drinking alcohol at a table behind Mrs. Zacharias, publicly intoxicated. And said persons participated in a relentless campaign of Menacing, Voter Intimidation, Election Interference, and a half dozen other felonious acts against Mrs. Carol L. Givens, and her care-giver son, Greg Givens;

6. Mrs. Carol L. Givens suffers from physical and mental anguish in the unlawful seizure of her van, on May 28, 2022, tripling the costs, at the hands under threat, and intimidation by Jeffrey Todd Loeffler, and the Village of Shadyside, she used for life-sustaining medical equipment and appointments treating her acute illness and disease, who is on a fixed income, and has to solely rely on the charity of others; and the subject of

financial exploitation, theft, and oppression by said person, and shaken to tears, and browbeaten, under further threat to change her address;

;

7. I, Frances D. Wright, witnessed the infliction upon Carol L. Givens, an elderly adult by Officer Jeffrey Todd Loeffler throwing his fists, official intimidation, inflicting pain, and mental anguish upon Carol L. Givens, age 74, by Officer Jeffrey T. Loeffler, by verbal abuse, physical threat, and denial of Mrs. Givens' rights to report crimes against her, and her family, and her political affiliations against Mayor Robert Newhart, under Ohio Revised Code, Section 5101.60(A) ; AND 2921.05 Retaliation, report of crimes, a lawful act on May 19, 2022; jumping and with threatening acts. Officer Loeffler lunged at Mrs. Carol L. Givens, as witnessed by a rookie officer, whom Loeffler prevented her from giving her name, and badge number for identification purposes, three times, nearly knocking directly into Mrs. Givens, in retaliation for turning in a lawful complaint about her neighbor, who has been accused of criminal trespass, and whom Mrs. Givens lives in fear of her life and land, and retaliation and the drawing of weapons against her vehicle and harassment, in and outside the Village of Shadyside, Ohio, and have not been an isolated incident, and an ongoing campaign of harassment and abuse against Mrs. Givens, her son and elder care-giver, Greg Givens, and the Givens household and family.

8. Furthermore, Officer Jeffrey T. Loeffler, on May 19, 2022, have subjected Carol L. Givens, to a pattern of behavior that has occurred over time by the Shadyside Police Department, also involving Joseph E. Klug of 3496 Central Avenue, Shadyside, OH 43947, and that has targeted this elderly person.  In addition, aggression was witnessed against Mrs. Carol L. Givens, by Officer Jeffery T. Loeffler, that has resulted in physical harm, mental anguish and the deprivation of rights to services necessary to avoid physical harm, mental anguish, or for life-sustenance, such as basic, water and other services, under Ohio Revised Code Section 5101.60(O), and 2921.05, from the Village of Shadyside, Ohio, in criminal acts against Mrs. Givens for lawfully reporting a crime.

9. Further, On May 29, 2022, Jeffrey Todd Loeffler would not allow access to make a criminal complaint upon the bodily injuries of Carol L. Givens, calling twice on the call box, as affirmed by 911 dispatch, causing further, and ongoing stress, and denial, upon Carol L. Givens.

10. I, Frances D. Wright, have reason to believe that Carol L. Givens is being abused, or exploited and lives in fear and intimidation by said person(s).

:

11. IN FACT, there is a pattern by the Shadyside Police Department by the offenders, Jeffrey Todd Loeffler, Donald L. Collette surrounding Carol L. Givens vehicle and van, guns drawn, on a 74 year old elderly woman, prior to June 4, in clear retaliation for her testimony in a criminal case;

12. And I, Frances D. Wright, have been witness to said acts meant to intimidate, threaten, coerce, and retaliate, against Mrs. Carol L. Givens, and the Givens Family, and others, under duress and by harm, and threat of death, by named person(s) in this Affidavit, and as a result of complaint(s), testimony, and the lawful reporting of crimes against her, and in participation in the assertion of her rights protected under law, and over the course of Belmont County, Eastern Division, Case no. 21-CR-B-00247-E, and among other cases before the court;

13. I Frances D. Wright, being a disabled person, if anything should befall me, those named are responsible for my untimely demise.  I am an instant material witness to direct crimes meant to intimidate, threaten, coerce, and harm by threat of injury or death by named persons, whom Officials have consistently turned a "blind eye" to let certain persons remain above the law;

14. This is to affirm this fact, and can support this further, in evidence.


### COUNT I. - WRONGFUL DEATH OF DENNIS A. GIVENS, RECIPIENT OF

### FEDERAL AND STATE MONIES.

#### (AS TO ALL DEFENDANTS)

42. Plaintiff incorporates by reference Paragraphs 1 through 55, as if fully set forth.

43. In the death-bed confession, Dennis A. Givens, names his perpetrator, and known to the remaining Defendants, about Dennis A. Givens. Defendant(s) have DONE NOTHING as a result, with such action(s) or omission(s), with full knowledge, and culpability concerning the events an circumstances referenced in this Complaint.

44. Plaintiff discovery of Dennis A. Givens death is as a direct result or obfuscation and obstruction of the Defendant(s) act(s) or omission(s).

45. Dennis Givens was the recipient of federal and state monies that impacted the Plaintiff in this action, as regulated by Congress.

### COUNT II. – RETALIATION FOR REPORTING FEDERAL AND STATE CRIME(S)
### (AS TO ALL DEFENDANTS)

46. Plaintiff incorporates by reference Paragraphs 1. through 55, as if fully set forth herein, alleging all act(s) or omission(s) occurred under color of law, in violation of Plaintiff's federally-protected rights.

47. Defendant LOEFFLER has testified, under oath that GIVENS is a danger, and a threat to law enforcement, and the police department, without probable cause, under color of law, and a scintilla of evidence, affecting the Federally protected rights of the Plaintiff. GIVENS has had NOT HISTORY of violence, or offenses against the police.  Nor has GIVENS, EVER been charged with such offense(s), which has cause GIVENS federally protected rights to be infringed.

48. Plaintiff incorporates by reference Paragraphs 1. through 60., as if fully set forth herein.

49. Defendant(s) have used threats, or otherwise attempted methods of discrimination and/or intimidation against Plaintiff in acts of criminal retaliation and hate, as defined under 18 U.S. Code §249, or corresponding section of federal code.  Defendants conduct wrongfully and maliciously interfered with Plaintiff's federal

contract(s), with the intent to harm Plaintiff, and because of his relationship with a third party, namely the United States government, and its agencies, and to permanently stop the ability of the Plaintiff to move forward with the operations of his business, and that as a direct and proximate result of Defendant(s) conduct thereto. Defendant(s) acting solely out of malice, or by improper or illegal means, amounted to a crime, or independent injury upon the Plaintiff.

50. Defendant(s) have interfered with the Constitutional Rights of Plaintiff by preventing Plaintiff from petitioning the government, and for effecting redress of his grievances, and have orchestrated a systematic campaign to prevent Plaintiff from reporting and enforcing those Rights over the course of these many months by act, threat, or intimidation. Defendant(s), individually, and in such capacity as a state actor, as to all counts.

51. Plaintiff has suffered, and continues to suffer, and is entitled to recovery, and appropriate remedy and damages.


## COUNT III. – MISAPPROPRIATION / OFFICIAL ABUSE OF POSITION OF AUTHORITY AND OFFICE

### (AS TO ALL DEFENDANTS)

52. Plaintiff incorporates by reference paragraphs 1 through 55, as if fully set forth herein.

53. As a result, Plaintiff has suffered and will continue to suffer damage to its goods, services and investment processes, and for their purposes Defendant(s) will not cease and desist all such

activity, such Defendant's conduct constitutes wanton and malicious behavior warranting punitive damages.

### COUNT IV. - DAMAGES & RELIEF

#### (AS TO ALL DEFENDANTS)

54. Plaintiff Givens prays that the Court enter judgment in its favor and against Defendants SPD, COLLETTE, LOEFFLER, KLUG, and FLANAGAN, and award Plaintiff the following relief: general, compensatory, punitive and special damages in the amount of what Plaintiff is entitled, including medical bills, expenses, reimbursement, and ward for loss of income, loss of inheritance, and in addition, compensation for emotional harm suffered and continues to suffer for recoverable all recoverable damages, protections, and injunctive relief entitled to Plaintiff under the law, plus the excess of One Hundred Fifty Three Thousand Dollars $153,000.00 in damages;

55. (i) Temporarily enjoin Defendants SPD, COLLETTE, LOEFFLER, KLUG, and FLANAGAN,, from tortuously interfering with Plaintiff's business and contracts; (ii) permanently enjoin Defendants SPD, COLLETTE, LOEFFLER, KLUG, and FLANAGAN,  from tortuously interfering with Plaintiff's business and contracts; (iii) award damages in Plaintiff's favor and against Defendants SPD, COLLETTE, LOEFFLER, KLUG, and FLANAGAN, in excess of $75,000; (iv) award punitive damages in Plaintiff's favor and against Defendants SPD, COLLETTE, LOEFFLER, KLUG, and FLANAGAN, because of such Defendant's wanton and malicious conduct; (v) award Plaintiff its costs; and (vi) grant such other or further relief as the Court deems just and equitable.

1    <u>NOTICE TO THE COURT</u>: IF ANYTHING SHOULD BEFALL THE PLAINTIFF, HIS

2    ASSOCIATIONS, OR FAMILY, DURING THE COURSE OF THIS CASE, THE

3    DEFENDANT(S) HEREIN NAMED, ARE DIRECTLY RESPONSIBLE FOR SUCH

     ACTS.WHEREFORE, Plaintiff, GREG GIVENS, prays for RELIEF and

4    JUDGMENT against Defendant(s), and by Jury.

5                        RESPECTFULLY SUBMITTED,

6
                              Dated: 22nd. day of November, 2022
7

8

9    _____

     **CAROL GIVENS**
10   **P.O. BOX 117**
     **BELLAIRE, OH 43906**
     **Federal Complaint**
11

12

13

14

15

16

17

18

19

20

21

## SERVICE OF PROCESS

1

2      The undersigned, certifies that a copy of the foregoing was
served upon Clerk, Plaintiff's Complaint will be served upon the
following, or an agent thereof, in accordance with Federal Rules of
3  Civil Procedure, and that a notice as certifying the same be filed
upon service, upon the following person(s):

4

5  SHADYSIDE POLICE DEPARTMENT
VILLAGE OF SHADYSIDE, OHIO
50 EAST THIRTY NINTH STREET
6  SHADYSIDE, OH  43947,

7  CHIEF DONALD L. COLLETTE, S.P.D.
50 EAST THIRTY NINTH STREET
SHADYSIDE, OH  43947,

8

ASSISTANT CHIEF JEFFREY TODD LOEFFLER, S.P.D.
50 EAST THIRTY NINTH STREET
9  SHADYSIDE, OH  43947,

10  CODE ENFORCER JOSEPH E. KLUG
(a.k.a. JOE KLUG)
11  3496 CENTRAL AVENUE
SHADYSIDE, OH 43947,

12  CHIEF PROSECUTOR KEVIN FLANAGAN
BELMONT COUNTY PROSECUTOR OFFICE
13  52160 NATIONAL RD.
SAINT CLAIRSVILLE, OH 43950,

14                          Respectfully submitted,

15                          Dated: 22nd. day of November, 2022

16

17

18                          CAROL GIVENS
P.O. BOX 117
BELLAIRE, OH 43906

19

20

21

FEDERAL COMPLAINT - 20

**Plaintiff- Complaint**

# EXHIBITS









# KEVIN FLANAGAN
**BELMONT COUNTY PROSECUTING ATTORNEY**
52160 National Road • St. Clairsville, Ohio 43950
Phone: (740) 699-2771 • Fax: (740) 695-4412
*www.Belmont-Prosecutor.com*

**ASSISTANT
PROSECUTORS**
CHRISTOPHER J. GAGIN
RHONDA L. GREENWOOD
DAVID K. LIBERATI
SCOTT A. LLOYD
JOSEPH A. VAVRA

**APPELLATE COUNSEL
BOARD OF REVISION**
DANIEL P. FRY

**VICTIM ADVOCATE**
PAMELA S. BOWMAN

June 1, 2022

Carol L. Givens
P. O. Box 117
Bellaire, OH 43906

Ms. Givens:

Please be advised that this office has reviewed the following Complaint Investigation Questionnaire's Report regarding the alleged individuals, Clyde L. Yates and Joseph E. Klug.

After further review, no criminal charges will be filed at this time as we would not be able to obtain a conviction. Clearly, based on the history with your family and those for which allegations have been made, charges in this matter are not warranted.

Sincerely,

J. Kevin Flanagan
Prosecuting Attorney

KF:was



TO: SHADYSIDE
POLICE DEPT.

## CRIMINAL COMPLAINT
## TO LAW ENFORCEMENT

I, GREG GIVENS, AM A REGISTERED CANDIDATE FOR PUBLIC
OFFICE FOR MAYOR IN SHADYSIDE, OHIO, ALONG WITH CAROL
GIVENS, AND KEVIN TOMLINSON FOR VILLAGE COUNCIL.

AT THE TIME DURING OUR CAMPAIGNING, AN INCIDENT OCCURED,
WHERE THERE WERE SEVERAL POLICE CRUISERS RESPONDING
NEARBY, PARKED IN LINE, AT THE SHADYSIDE MANOR. WHILE WE
WERE PETITIONING ACROSS THE STREET ON OFFICIAL COUNTY
BUSINESS RELATING TO OUR CAMPAIGN WALK, PEACEFULLY, AND
WITHOUT INCIDENT OF ANY KIND.

AFTER THE CRUISERS, CONSISTING OF SHADYSIDE POLICE, AND
SEVERAL COUNTY SHERIFF VEHICLES --- THAT THEN LEFT, A "MRS.
KLUG" APPROACHED US WITH **MENACING THREAT, AND
PHYSICAL HARM,** ON US, ON THE 3500 BLOCK OF CENTRAL
AVENUE, SHADYSIDE, ON **APRIL 26, 2021 AT APROXIMATELY 7:00
P.M.**

GREG GIVENS, ALONG WITH CAROL GIVENS REPRESENTING THE
CAMPAIGN OF KEVIN TOMLINSON, WERE APPROACHED BY THIS MRS.
KLUG, (NOT THEN KNOWN TO GREG GIVENS, OR CAROL GIVENS AT
THE TIME OF THIS INCIDENT), (A.K.A. **MISTY DAWN KLUG) OF 3496
CENTRAL AVENUE, SHADYSIDE,** MENACINGLY AND WITH THE
INTENT TO HARM GREG GIVENS BY RAISING HER HANDS TO **HIT
GREG GIVENS OVER THE HEAD** --- AT CLOSE RANGE, AND CLOSELY

APPROACHING TO INJURE HIM, IF "WE DID NOT LEAVE", WHILE GREG GIVENS AND CAROL GIVENS WERE ON AN ADJACENT BLOCK AND ON A PUBLIC AREA, MRS. KLUG CHASED AFTER GREG GIVENS AND CAROL GIVENS, FOLLOWING THEM AROUND, SCREAMING, AND MAKING THREATS OF INTIMIDATION **TO STOP US** FROM OUR LAWFUL CAMPAIGN, AND **FROM GETING SIGNATURES FOR OUR THREE CAMPAIGNS FOR VILLAGE OFFICE**..

AMONG SEVERAL WITNESSES, AND OTHER NEIGHBORS, MRS. KLUG, STATED THAT SHE "**RESPRESENTED ROBERT NEWHART**" , THE CURRENT MAYOR OF THE VILLAGE OF SHADYSIDE, AND A DIRECT POLITICAL OPPONENT OF GREG GIVENS, AND HER HUSBAND, **JOE KLUG (A.K.A. JOSEPH E. KLUG), AN "ENFORCER" OF ROBERT NEWHART,** FURTHER STATING THAT MR. KLUG WAS "AN ATTORNEY" "REPRESENTING THEM."

FOR AT LEAST FORTY (40) MINUTES, MRS. KLUG, WITH INTENT TO HARM, CONTINUED TO HARRASS, INTIMIDATE, MENACE, AND RAISE HER HANDS, POINTING AND **CORNERING GREG GIVENS AND CAROL GIVENS BY MEANS TO ATTACK** AND VERBALLY ASSAULT GREG GIVENS, AGE 50, AND CAROL GIVENS, AGE 73.

MRS. KLUG SAID THAT MR. GIVENS WAS "CRAZY", AND PROCEEDED TO **TELL NEIGHBORS, CALLING AND INTIMIDATING VOTERS ON BEHALF OF ROBERT NEWHART**, NOT TO SIGN THE GIVENS AND TOMLINSON PETITIONS FOR PUBLIC OFFICE IN BELMONT COUNTY, AND STATED SHE PLANNED ON "STOPPING

OUR CAMPAIGNS", THREATING FURTHER VIOLENCE, IF WE
CAMPAIGNED FURTHER, AND DIDN'T LEAVE..

GREG GIVENS, AND CAROL GIVENS NEITHER APPROACHED MRS.
KLUG, NEITHER WERE WE PARKED ON PRIVATE PROPERTY, NOR
TRESPASSING, OR WERE IN VIOLATION OF ANY LAWS, AS MRS.
KLUG CONTINUED TO HARASS AND PHYISICALLY INTIMIDATE
GREG GIVENS, CAROL GIVENS, AND REGISTERED VOTERS, AS WE
DEPARTED IN FEAR FOR OUR LIFE, AND FROM BAD ACTIONS.

ATTESTED TO, AND SIGNED,

GREG GIVENS            CAROL GIVENS
CANDIDATES FOR PUBLIC OFFICE IN BELMONT COUNTY, OHIO

DATE: 4/27/2021




# Village of Shadyside
50 East 39th Street, Shadyside, Ohio 43947

# Department of Police
Donald L. Colletto, Chief of Police

Phone: 740-676-4023          Fax: 740-676-6548



## VOLUNTARY STATEMENT FORM

Agency Report Number: _____   Date of Incident: _4/26/2021_   Time of Incident: _7:00pm_   *Approx.*

Statement of: __GREG GIVENS FOR MAYOR.__   Phone: (740)421-0941

Address: __CAROL L. GIVENS /KEVIN L. TOMLINSON FOR VILLAGE COUNCIL__   City:_____ State: OH. Zip: 43947

Driver's License: 3840 FLORENCE AVENUE   State: OH. DOB: SHADYSIDE,   SSN: _____

RJ962853.   OHIO.   6/3/1970.   Page: _1_ of _2_

CRIMINAL COMPLAINT.

I, GREG GIVENS, AM A REGISTERED CANDIDATE FOR PUBLIC OFFICE FOR MAYOR IN SHADYSIDE, OHIO, ALONG WITH CAROL GIVENS, ANDREPRESENTIVIE OF KEVIN TOMLINSON FOR VILLAGE COUNCIL. AT THE TIME DURING OUR CAMPAIGNING, AN INCIDENT OCCURED, WHERE THERE WERE SEVERAL POLICE CRUISERS RESPONDING NEARBY, PARKED IN LINE, AT THE SHADYSIDE MANOR. WHILE WE WERE PETITIONING ACROSS THE STREET ON OFFICIAL COUNTY BUSINESS RELATING TO OUR CAMPAIGN WALK, PEACEFULLY, AND WITHOUT INCIDENT OF ANY KIND.

AFTER THE CRUISERS, CONSISTING OF SHADYSIDE POLICE, AND SEVERAL COUNTY SHERIFF VEHICLES — THAT THEN LEFT, A "MRS. KLUG" APPROACHED US WITH MENACING THREAT, AND PHYSICAL HARM, ON US, ON THE 3500 BLOCK OF CENTRAL AVENUE, SHADYSIDE, ON APRIL 26, 2021 AT APROXIMATELY 7:00 P.M. GREG GIVENS, ALONG WITH CAROL GIVENS REPRESENTING THE CAMPAIGN OF KEVIN TOMLINSON, WERE APPROACHED BY THIS MRS. KLUG , (NOT THEN KNOWN TO GREG GIVENS, OR CAROL GIVENS AT THE TIME OF THIS INCIDENT), (A.K.A. MISTY DAWN KLUG) OF 3496 CENTRAL AVENUE, SHADYSIDE, MENACINGLY AND WITH THE INTENT TO HARM GREG GIVENS BY RAISING HER HANDS TO HIT GREG GIVENS OVER THE HEAD — AT CLOSE RANGE, AND CLOSELY APPROACHING TO INJURE HIM, IF "WE DID NOT LEAVE", WHILE GREG GIVENS AND CAROL GIVENS WERE ON AN ADJACENT BLOCK AND ON A PUBLIC AREA, MRS. KLUG CHASED AFTER GREG GIVENS AND CAROL GIVENS, FOLLOWING THEM AROUND, SCREAMING, AND MAKING THREATS OF INTIMIDATION TO STOP US FROM OUR LAWFUL CAMPAIGN, AND FROM GETING SIGNATURES FOR OUR THREE CAMPAIGNS FOR VILLAGE OFFICE. [Continued on Page 2 of 2]

I make this statement of my own free accord and swear that the above is true to the best of my knowledge

ATTESTED AND SIGNED,

Signed: _____ GREG P. GIVENS. CAROL L. GIVENS.   Date: 5/7/2021

Witness: Carol L. Givens   CANDIDATES FOR PUBLIC OFFICE   Date: 5/7/2021

IN BELMONT COUNTY, OHIO

TO: ALL FEDERAL LAW ENFORCEMENT

## SWORN STATEMENT OF CRIMINAL ACTS
## AND FEDERAL CRIMINAL COMPLAINT
## UPON PERSONS ACTING UNDER COLOR OF STATE LAW

# A F F I D A V I T

UNITED STATES OF AMERICA )

STATE OF _OHIO_ )

COUNTY OF _Belmont_ )

TO WIT: )

IN THE MATTER OF:

SWORN STATEMENT OF CRIMINAL ACTS
AND FEDERAL CRIMINAL COMPLAINT
OF CITIZEN

SS:

I, DENNIS A. GIVENS, *am over the age of 18 years old, a citizen of the United States, and make this Affirmation on personal knowledge and am competent to testify to the matters herein, and give this Affirmation, based upon my personal knowledge that the facts therein are true and correct under penalty of perjury.*

*This is to Affirm that,*

I, Dennis A. Givens, on the day of February 25, 2019 recall with specificity that I was physically attacked and assaulted at my door in the head, after the assailant, Donald Collette, gained access to my apartment at 3345 Monroe Street, Bellaire, Ohio. I recall answering the door to a person identifying themselves as a "Donald Collette, police officer from the Village of Shadyside" Ohio, who "had information concerning Greg Patrick Givens", my nephew. I, Dennis A. Givens, am a senior, in ill health, and know for a fact, I never open doors to anyone except family, or someone who presents credentials claiming to be from the government. I recall bleeding to death at death's door on the floor of my kitchen apartment, being physically punched in the head by Donald Collette, and injured in the facial region facing the hall door, as found hours later by authorities, nearly bleeding to death. There were prescription medications, valuables, and cash money laying out in the open, but nothing was stolen, and all was untouched by anyone, to my knowledge. I know for a fact, that my assailant said he was "delivering a message from Mayor Robert Newhart", he said. I believe that the motive was an act of political revenge and retribution against my nephew running for public office in

Affiant – DENNIS A. GIVENS

Page 1 of 2

Shadyside, Ohio against Robert A. Newhart, Sr,. and others previously on Village Council in the Village of Shadyside, Ohio.

I, Dennis A. Givens, attest that, Joseph Klug, (a.k.a. "Joe Klug") Code Administrator for the Village of Shadyside, Ohio, from about May 1 to July 31, 2019, another Breaking and Entering occurred, under color of law, identifying himself as "Joe Klug" (a.k.a. Joseph Klug) of 50 East Thirty-Ninth Street, Shadyside, Ohio 43947, was witnessed doing damage to vehicles, property, and entering the home through locked enclosed gates and back door, passed numerous neon yellow "no trespassing" signs, with the intent to do me and my family harm, that occurred on my property located at: 3735 Highland Avenue, Shadyside, Ohio (Mead Twp., Ohio), along with CRIMINAL TRESPASS, and DESTRUCTION OF PROPERTY, under Ohio Code, prosecutor referring all civil rights matters to Federal jurisdictional authority, and refusing to prosecute said hate crime. I, Dennis A. Givens, as the owner of said property, am elderly, and have been hospitalized as a result.

AND I, Dennis A. Givens, make this Affidavit, being of sound mind,

Further Affiant sayeth naught.

SWORN before me in the City of _BELLAIRE_ )
In the County of _BELMONT_, this _10_ )
of _MARCH_, 20_20_. )
)
) SWORN, ATTESTED AND AFFIRMED,
)
)
By: _Dennis A Givens_
DENNIS A. GIVENS, Affiant

_[signature]_
Notary Public
My Commision Expires:

[SEAL] PAMELA J. EDEN
Notary Public, State of Ohio
My Comm. Expires 03-04-2023

┌──────────────────┐
│   WITNESS        │
│   ATTESTMENT     │
└──────────────────┘

_[signature]_
Greg P. Givens, WITNESS
3735 Highland Avenue
Shaydside, OH 43947



# Village of Shadyside
50 East 39th Street, Shadyside, Ohio 43947

# Department of Police
Donald L. Collette, Chief of Police

Phone: 740-676-4023     Fax: 740-676-6548



## VOLUNTARY STATEMENT FORM

Agency Report Number: _____    Date of Incident: 6/20/2022    Time of Incident: See below

Statement of: Frances D. Wright     Phone: _____

Address: 3133 1/2 Guernsey Street    City: Bellaire,    State: OH   Zip: 43906

Driver's License: RT056625   State: OH   DOB: 12/8/1954    SSN: ___-__-____

CRIME WATCH REPORT / COMPLAINT     Page: 1 of 1

ON JUNE 20, 2022, AT APPROXIMATELY 9:19 P.M., A LYNCH MOB, WITH TORCHES, CONSISTING OF FIVE (5) PERSONS ASSEMBLED AT THE GIVENS ESTATE, LOCATED AT: 3735 HIGHLAND AVENUE, SHADYSIDE, OHIO, TRESPASSING, PAST NOTICES TO "KEEP OUT", AND "NO TRESPASSING" SIGNS, WITHOUT PERMISSION, OR PRIVILEGE, IN VIOLATION OF STATE LAW, TO DO HARM, MAKING DEMANDS, YELLING OBSCENITIES TO THE GIVENS', AND ARMED WTH LYNCHING ROPE, TELLING THE GIVENS' TO "LEAVE" AND "GET OUT", ORCHASTRATING A HATE CRIME, -- BRAGGING PROSECTOR KEVIN FLANAGAN OFFICE SAID "CLYDE YATES WILL NOT EVER BE CHARGED."

SEEN ALL TOGETHER, AND INDENTIFIED, AS TWO OF THE FIVE INDIVIDUALS, WERE CLYDE E. YATES, JR. AND KIMBERLY M. CRAIG (YATES) OF 3743 HIGHLAND AVENUE, SHADYSIDE, OHIO, DRESSED UP IN BLACK/ORANGE GARB, BESIDE ANOTHER INDIVIDUAL ARMED IN GREY, SEEN EARLIER DRIVING A METALIC CADILLAC SEDAN, WITH OHIO LICENSE PLATE NUMBER "GPE-5799", WITH TWO OTHER INDIVIDUALS, POSING AS LAW ENFORCEMENT, ONE DRESSED IN DARK PANTS, USING HIS HANDS TO INSTRUCT THE OTHERS ON HOW TO TIE ROPE WITH HIS HANDS BEHIND HIS BACK.. THE FIFTH INDIVIDUAL HAD ON A YELLOW/ ORANGE SHIRT AND DARK BLUE JEANS, INVADING GIVENS' PROPERTY, WITH ROPE, ON ALL SIDES, AND SEEN MENACING GREG GIVENS, AN ACTIVE CANDIDATE FOR MAYOR IN THE VILLAGE OF SHADYSIDE, AND CAROL GIVENS, ALSO A CANDIDATE, SHINING LIGHTS ALL ON GIVENS PROPERTY AND DIRECTLY INTO THEIR WINDOWS, BATH, AND BEDROOMS, MAKING MORTAL THREATS TO GREG GIVENS, AND CAROL GIVENS, WHO SUFFERS LONG-TERM ILLNESSES, AN ELDERLY RESIDENT, AGE 74.

(PICTURES, AND RECORDS FORTHCOMING).

SHADYSIDE CRIME WATCH HAS NOTICED A CLYDE YATES, JR. OF 3743 HIGHLAND AVENUE, SHADYSIDE, OHIO, APPROACHING CAROL GIVENS AND THE GIVENS PROPERTY ON 3735 HIGHLAND AVENUE, SHADYSIDE, OHIO IN A MENCING MANNER, WITH INSTRUMENTS INTENDED CAUSE DISTRUCTION, HARM, AND MENACING OF THAT PERSON / PROPERTY, ON NUMEROUS OCCASIONS, DISCOURANGING CONTRACTORS, AND WITH REGULAR REPORTS OF THE SAME.

I make this statement of my own free accord and swear that the above is true to the best of my knowledge

Signed: Frances D Wright    Date: 6/21/2022

Witness: _____    Date: _____



# Village of Shadyside

50 East 39th Street, Shadyside, Ohio 43947

# Department of Police

Donald L. Collette, Chief of Police

Phone: 740-676-4023

Fax: 740-676-6548



## VOLUNTARY STATEMENT FORM

Agency Report Number: _____    Date of Incident: __4/26/2021__    Time of Incident: Approx 5:42 p.m.

& other dates

Statement of: ____Frances D. Wright_____    Phone: _____

Address: ____3133 1/2 Guernsey Street_____    City: Bellaire,    State: OH   Zip: 43906

Driver's License: __RT056625_____    State: OH   DOB: __12/8/1954__    SSN: ___-__-___

Page: __1__ of __1__

CRIMINAL COMPLAINT and to INTERNAL AFFAIRS, MAYOR ROBERT NEWHART:

I am a participant in the Political Campaign of "Greg Patrick Givens For Mayor", Carol Givens for

~~Shadyside Village Council, and Kevin Tomlinson for Village Council, and am a witness, and victim~~

of Criminal Retaliation, and am coming forward, and been under threat of retaliation

~~and abuse by the Shadyside Police Department, and enforcers of the Code of the~~

Village of Shadyside, Ohio, and to acts of ~~STALKING, HARASSMENT, CAMPAIGN INTERFERENCE,~~

THEFT, AND MENACING upon Candidates, Carol L. Givens and Greg P. Givens,

~~before, and during the November 2, 2021 Election, and as Criminal Retaliation upon~~

Registered Candidates for public office in Shadyside / Belmont County, Ohio;



~~MISTY DAWN KLUG of 3496 Central Avenue, Shadyside, Mead Township, Belmont County, Ohio,~~

while I participated throughtout the Givens' Campaign on April 26, 2021, witnessed ELDER ABUSE,

~~among other CRIMES and dates, proceeded to MANACE Candidates Greg Givens, and Carol Given~~s,

as EVIDENCED in the attached Affidvait, and make this CRIMINAL COMPLAINT, with over

twelve FELONIES committed on that day by SAID PERSON(S), against Greg Givens,

~~Carol Givens, Kevin Tomlinson, and other residents and Electors;~~

I make this statement of my own free accord and swear that the above is true to the best of my knowledge

Signed: Frances D Wright    Date: __5/19/2022__

Witness: _____    Date: _____



COMPLAINT OF STATUTORY OFFENSES:

**KEVIN FLANAGAN**
BELMONT COUNTY PROSECUTING ATTORNEY

| | |
|---|---|
| MENACING | ORC §2903.22 |
| ELDER ABUSE | ORC §§5101.60(A); 5101.60(O) |
| IMPERSONATING AN OFFICER | ORC §2913.44 |
| INTIMIDATION OF ELECTION OFFICIAL | ORC §3599.24 |
| INTIMIDATION OF ELECTORS | 18 U.S.C. §594; 52 18 U.S.C. §20511(1); 18 U.S.C. §245(b)(1)(A) |
| CAMPAIGN INTERFERENCE | ORC §3599.24 |
| PERJURY | ORC §§2921.11; 5924.131 |
| RETALIATION | ORC §2921.05 |
| CRIMINAL CONSPIRACY | ORC §2923.01 |
| OBSTRUCTION OF JUSTICE | ORC §2921.31 |

**ASSISTANT PROSECUTORS**
Christopher J. Gagin
Rhonda L. Greenwood
David K. Liberati
Scott A. Lloyd
Joseph A. Vavra

**APPELLATE COUNSEL
BOARD OF REVISION**
Daniel P. Fry

**VICTIM ADVOCATE**
Pamela S. Bowman
(740) 695-2121
Extension 1137

### COMPLAINT INVESTIGATION QUESTIONNAIRE

INSTRUCTIONS: PLEASE FILL IN ALL BLANK SPACES THAT APPLY TO YOUR CASE. MAKE SURE YOUR INFORMATION IS ACCURATE, COMPLETE AND TRUE. THE COMPLETED FORM MAY BE SHOWN TO THE DEFENDANT OR TO HIS OR HER ATTORNEY.

TODAY'S DATE: 6/6/2022

YOUR NAME: FRANCES D. WRIGHT

YOUR ADDRESS: 3133 1/2 Guernsey Street

CITY BELLAIRE, STATE OH ZIIP 43906

YOUR HOME PHONE NUMBER (740) 298-1784

YOUR WORK NUMBER _____ YOUR CELL NUMBER _____

### INFORMATION CONCERNING THE PERSON (S) YOU ARE COMPLAINING ABOUT

NAME (S): MICHELLE MUNGES     MISTY DAWN KLUG

ADDRESS: 3500 CENTRAL AVENUE     3496 CENTRAL AVENUE

SHADYSIDE, OH 43947     SHADYSIDE, OH 43947

CITY: _____ STATE: _____ ZIP: _____
VILLAGE OF SHADYSIDE, OH

PHONE NUMBER: _____

SOCIAL SECURITY NUMBER: _____

DATE OF BIRTH: _____

DRIVER'S LICENCSE NO#: _____

HEIGHT: _____   WEIGHT: _____

HAIR: _____   EYES: _____

OTHER IDENTIFYING MARKS:

147-A West Main Street
. Clairsville, Ohio 43950
Phone (740) 699-2771
Fax (740) 695-4412

Signed: Frances D Wright

HC. 10-6-22



• Money Enclosed?
• Sealed?
DO NOT FOLD ENVELOPE

1109

LICENSE # HFE 5365   STATE OH
DATE 5-25 20 22 TIME 13:32 PM
MAKE OF CAR Chevrolet
LOCATION East 37th St.

OFFICER(S) _____

SORRY, You Have Been Charged With
A Parking Violation Marked Below:

|  | If Paid Within 7 Days | If Paid Within 7-58 Days | If Paid 59+ Days |
|---|---|---|---|
| Overnight Parking | $10.00 | $20.00 | $30.00 |
| Improper Parking | $10.00 | $20.00 | $30.00 |
| No Parking Zone | $10.00 | $20.00 | $30.00 |
| Parked Wrong Side | $10.00 | $20.00 | $30.00 |
| Double Parked | $10.00 | $20.00 | $30.00 |
| X Overtime Parking | $10.00 | $20.00 | $30.00 |
| Parking City Property | $10.00 | $20.00 | $30.00 |
| Other Parking | $10.00 | $20.00 | $30.00 |
| Handicapped Parking | $50.00 | $60.00 | $70.00 |
| Fire Hydrant Parking | $50.00 | $60.00 | $70.00 |

If Not Paid Within 58 Days, Your Motor Vehicle
Registration Will Be Suspended. In the event of
Registration Suspension an additional $60.00 Fee
will apply. You may mail or bring tickets to

Police Department
SHADYSIDE, OHIO

AAA
Emergency
Services

BILL"S TOWING
Bridgeport - (740) 635-1986
Moundsville - (304) 810-4264
St. Clairsville - (740) 695-5114

| CUSTOMER ORDER NO. | | | PHONE | | DATE 5-31-22 | |
|---|---|---|---|---|---|---|
| NAME Carol Givens | | | | | | |
| ADDRESS | | | | | | |

| CASH | C.O.D. | CHARGE | ON ACCT. | MDSE RET'D | PAID OUT | |
|---|---|---|---|---|---|---|
| QTY. | | DESCRIPTION | | | PRICE | AMOUNT |
| 5 | | Towing | | | 175 | 175 - |
| 5 | | Storage | | | 35 - | 165 - |
| | | H55 Chevy G30 | | | | |
| | | 370 @ 37th Lincoln | | | | |
| | | 16-513702 | | | | |

| | | | | | TAX | 21.05 |
| SOLD BY | RECEIVED BY | | | | TOTAL | 361.05 |

All claims and returned goods
MUST be accompanied by this bill.

Thank You!

ATTENTION ~ Prosecutor Kevin Flanagan

# A F F I D A V I T

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) IN THE MATTER OF: |
| STATE OF *OHIO* | ) |
| | ) STATEMENT OF EYE-WITNESS |
| COUNTY OF *BELMONT* | ) OF FRANCES D. WRIGHT |
| | ) WITNESS TO FELONY INTIMIDATION; |
| TO WIT: | ) MENACING OF PUBLIC CANDIDATE |

SS:

I, FRANCES D. WRIGHT, *am over the age of 18 years old, a citizen of the United States, and make this Affidavit or Affirmation on personal knowledge and am competent to testify to the matters herein admissible in evidence, and have read the information and make these statements of my own accord, and am competent to testify of the matters stated, and the facts therein, under penalty of perjury.*

*This is to Affirm that,*

I, FRANCES D. WRIGHT, do hereby Swear or Affirm, DEPOSES and TESTIFY to the foregoing as TRUE and CORRECT:

1. I, Frances D. Wright, on June 8, 2021, personally witnessed intimidation of a material elderly witness, Mrs. Kay Zacharias, which began in a huddle-up, in the hall and adjacent to the Juvenile Courtroom on the Second Floor of the Belmont County Courthouse, Saint Clairsville, Ohio, beginning at approximately 8:50 a.m., just before a hearing before Magistrate Amy Busic, by one Misty Dawn Klug, Joseph Klug, both of 3496 Central Avenue, Shadyside, Ohio 43947, and a Michelle Munges of 3500 Central Avenue, Shadyside, Ohio 43947, a crime in the State of Ohio;

2. Under threat of harm, and commit to perjury, mastermind, Misty Dawn Klug, alongside Joseph Klug and Micelle Munges, physically coerced Kay Zacharias, also of 3500 Central Avenue, Shadyside, Ohio 43947, a material witness in Belmont County, Ohio Common Pleas Case No's. 21-DR-0149 and 21-DR-0150, who had knowledge of facts concerning criminal acts (committed in Belmont County) of Stalking and Menacing of Greg Givens, by Misty Dawn Klug, Joseph Klug and Michelle Munges on/near that property while on official Belmont County Election business, in and throughout the vicinity of Shadyside, Ohio, representing Robert Newhart, Sr., and the Village of Shadyside, Ohio;

3. On April 26, 2021, I personally witnessed, on the 3500 Block of Central Avenue, a person, identifying herself as "Mrs. Klug,"/"Misty Dawn Klug, wife of Joe Klug," approached Greg Givens and Carol Givens, and representing also Kevin Tomlinson, all Belmont County-registered candidates petitioning for ballot for public office at that time. Misty Dawn Klug, attesting on that time, that her husband, Joe Klug "was an attorney representing Mayor Robert Newhart, and the Village of Shadyside, Ohio."

**(Continued on Page 2 of 4)**

Initials *JDW*

Affiant – FRANCES D. WRIGHT

Page 1 of 4

(Continued from Page 1 of 4)

4. After approximately 7:05 p.m., on April 26, 2021, I personally witnessed Misty Dawn Klug aggressively first approaching Mr. Greg Givens within one (1) foot of Greg Givens' head, irate and pulling at her hair, and waving her arms over Greg Givens, screaming at him and Carol Givens, as if to strike Greg Givens in the head, then concealing something black posing it as a weapon, and yelling obscenities and threats to Mr. and Ms. Givens for over thirty (30) minutes, making statements that she (Misty Dawn Klug) threatened to: "ruin Greg Givens' campaign", and that she (Misty Dawn Klug) stated that she would "see to it that, Greg Givens never makes it into office." And that "you're (Givens) are the one that's crazy," "and you sue everyone." Michelle Munges, and Misty Dawn Klug together, demanded to Mrs. Zacharias to "scratch her (Mrs. Zacharias') name from the voter petition sheets (of Greg Givens, Carol Givens, and Kevin Tomlinson), right now!!!" Further stating that she (Misty Dawn Klug) would "call, and actively discourage voters, and would talk to neighbors, and everyone on social media, telling EVERYONE, NOT sign to Greg Givens, Carol Givens, and Kevin Tomlinson's petitions," and that she is "good friends with the Mayor" (Robert Newhart, Sr.) and that "her husband, Joseph Klug, was a lawyer for the Mayor, Robert Newhart, Sr." And that, "we all know you (Greg Givens) sleep in your van.", Misty Dawn Klug, all said, screaming at Greg Givens and Carol Givens. And the whole-time following Greg Givens and Carol Givens around, stalking, and menacing the Givens', up and until the time the Givens' departed. Robin Brown, a friend of Michelle Munges was also present during this time, and that both Michelle Munges and Robin Brown were drinking alcohol at a table with Mrs. Zacharias, publicly intoxicated.

5. During that time, on April 26, 2021, Misty Dawn Klug approached and encouraged Michelle Munges to accuse Greg Givens of treachery, and engaged Greg Givens, going back and forth into a physical tirade in the street, menacing Greg Givens and Carol Givens, up and until the Givens' were forcibly cornered in their vehicle to leave the scene, legally parked beside a curb, and was not blocking any person, or vehicle the entire time. Greg Givens and Carol Givens did not trespass, or provoke anyone, at any time during the entire incident, and were solemn and sober, on official business conducting petitions for public office in the neighborhood at the entire time, arriving at Kay Zacharias' home at approximately 5:42 p.m. on April 26, 2021, peacefully talking to Mrs. Zacharias for about an hour and fifteen (1:15) minutes before the police cruisers left, and the menacing began.

6. Before this event, there were stationed at least three (3) police cruisers, double-parked facing South at the Shadyside Manor responding to an incident, including one (1) police cruiser from Shadyside Police Department, and two (2) cruisers from the Belmont County Sheriff Department. Afterward, the cruisers left, first Shadyside, then Belmont County, and a Shadyside patrol, in the alley behind 3496 Central Avenue, turned toward Elk Avenue, then left the scene without gesture or report. At that time, Misty Dawn Klug then aggressively pursued Greg Givens, and Carol Givens with menacing, and expressed her intent to further stalk and harm Greg Givens, and his campaign, along with Carol Givens, and Kevin Tomlinson. Greg and Carol Givens were afterward followed behind by a Clyde Yates, Jr., also an associate of Robert Newhart, in a red pickup truck, to 3700 Street, Shadyside, Ohio, after Carol and Greg Givens, visibly shaken, pulled over to compose – next at a friend's house, at Ms. Irene Lloyd's.

7. Further, on June 8, 2021, Misty Dawn Klug, along with Michelle Munges, intimidated Mrs. Kay Zacharias, a subpoenaed witness, in a huddle, then separately, to tell a similar, but false narrative of events of the day of April 26, 2021, to obstruct justice, in the cases referenced above, involving Greg and Carol Givens. Such acts, I personally eye-witnessed and overheard, also on audio and video that day, including, but are not limited to:

(Continued from Page 2 of 4)

<u>Misty Dawn Klug to Mrs. Zacharias</u>: "YOU (Mrs. Zacharias) KNOW, THIS IS ALL A MISTAKE! (YOU TELL THEM I AM INNOCENT." ... "WELL, YOU (to Michelle Munges) HANDLE HER!" (Mrs. Zacharias). To Ms. Zacharias: "YOU (Mrs. Zacharias) SIT THERE, AND DON'T TALK TO ANYONE!"

<u>Michelle Munges to Mrs. Zacharias</u>: "EVERYBODY IN THE COURTROOM IS A BUNCH OF BULL-SHITTING LIARS!" ... "YOU TELL THEM WHAT I TELL YOU TO SAY!!!" (Mrs. Zacharias got up to flee then from Michelle Munges, to the vending hall on the second floor of the Courthouse). I, Frances D. Wright, personally eye-witnessed, and from my experience, Michelle Munges speech continued, and was indictive of elder abuse to Mrs. Zacharias, one as demeaning, and scalding as influenced over a small child. Michelle Munges being "best friends" of Misty Dawn and Joseph Klug, who further rode Mrs. Zacharias to Belmont county Common Pleas Court on that day.

8. Audio and video tapes of intimidation of witness for the duration of audio and video in Belmont County Courthouse halls, and police reports further, proceeding to the United States Department of Justice for analysis.

9. Furthermore, I, Frances D. Wright, am aware that Greg Givens has been continually intimidated and stalked to discontinue his campaign as a candidate for public office in Belmont County, Shadyside, as a direct political opponent of Robert Newhart, Sr. And that I know the fact that, Misty Dawn Klug and Joseph Klug have a "special relationship with Robert Newhart, Sr."

10. I, Frances D. Wright, can further support all factual assertions as an eyewitness to these events, include attachments, and am willing to testify as to personal knowledge of all of these facts.

(Continued on Page 4 of 4)

Initials _J̲D̲W̲_

Affiant – FRANCES D. WRIGHT

(Continued from Page 3 of 4)

AND I, Frances D. Wright, make this Affidavit, being of sound mind,
Further Affiant sayeth naught.

## NOTARY

Before me, a Notary Public (or Justice of the Peace) in and for said county, personally appeared the
above-named, FRANCES D. WRIGHT, who has acknowledged that he did sign the foregoing Affidavit, and
being first duly SWORN on OATH according to law, deposes and says that he has read the foregoing Affidavit
subscribed by him and that the matter stated herein are true to the best of his information, knowledge and
belief, in testimony whereof, I have hereunto subscribe my name,

SWORN before me,                    )
In the County of _BELMONT_, this _18_   )    SWORN, ATTESTED AND AFFIRMED,
of _June_, 20_21_.                   )
                                     )
                                     )    By: 
                                     )
                                     )    FRANCES D. WRIGHT, Affiant

Notary Public
My Commission Expires:

┌────────────────────────┐
│  POLICE REPORT         │
│  ATTACHEMENTS          │
└────────────────────────┘

Frances D. Wright
3133 1/2 Guernsey Street
Bellaire, OH 43906

( SEAL )
PAMELA J. EDEN
Notary Public, State of Ohio
My Comm. Expires 03-04-2023



# KEVIN FLANAGAN
BELMONT COUNTY PROSECUTING ATTORNEY

**ASSISTANT PROSECUTORS**
Christopher J. Gagin
Rhonda L. Greenwood
David K. Liberati
Scott A. Lloyd
Joseph A. Vavra

**APPELLATE COUNSEL BOARD OF REVISION**
Daniel P. Fry

**VICTIM ADVOCATE**
Pamela S. Bowman
(740) 695-2121
Extension 1137

## COMPLAINT INVESTIGATION QUESTIONNAIRE

INSTRUCTIONS:    PLEASE FILL IN ALL BLANK SPACES THAT APPLY
TO YOUR CASE.  MAKE SURE YOUR INFORMATION IS
ACCURATE, COMPLETE AND TRUE.  THE COMPLETED
FORM MAY BE SHOWN TO THE DEFENDANT OR TO HIS
OR HER ATTORNEY.

TODAY'S DATE: 5/27/2022

YOUR NAME: FRANCES D. WRIGHT

YOUR ADDRESS: 3133 1/2 Guernsey Street

CITY BELLAIRE,   STATE OH   ZIIP 43906

YOUR HOME PHONE NUMBER     (740) 298-1784

YOUR WORK NUMBER _____ YOUR CELL NUMBER _____

### INFORMATION CONCERNING THE PERSON (S) YOU ARE COMPLAINING ABOUT

NAME (S): JEFFREY TODD LOEFFLER;     JOSEPH E. KLUG

200 WEST 36TH. STREET, APT. 8     3496 CENTRAL A

ADDRESS: SHADYSIDE, OH 43947     SHADYSIDE, OH 43947

CITY: _____ STATE: _____ ZIP: _____
VILLAGE OF SHADYSIDE, OH

PHONE NUMBER: _____

SOCIAL SECURITY NUMBER: _____

DATE OF BIRTH: _____

DRIVER'S LICENCSE NO#: _____

HEIGHT: _____     WEIGHT: _____

HAIR: _____     EYES: _____

OTHER IDENTIFYING MARKS:

Signed: Frances D Wright

AB 5/27/22

:47-A West Main Street
. Clairsville, Ohio 43950
Phone (740) 699-2771
Fax (740) 695-4412



# KEVIN FLANAGAN
BELMONT COUNTY PROSECUTING ATTORNEY

**ASSISTANT
PROSECUTORS**
Christopher J. Gagin
Rhonda L. Greenwood
David K. Liberati
Scott A. Lloyd
Joseph A. Vavra

**APPELLATE COUNSEL
BOARD OF REVISION**
Daniel P. Fry

**VICTIM ADVOCATE**
Pamela S. Bowman
(740) 695-2121
Extension 1137

147-A West Main Street
. Clairsville, Ohio 43950
Phone (740) 699-2771
Fax (740) 695-4412

## COMPLAINT INVESTIGATION QUESTIONNAIRE

INSTRUCTIONS: 　　PLEASE FILL IN ALL BLANK SPACES THAT APPLY
TO YOUR CASE. MAKE SURE YOUR INFORMATION IS
ACCURATE, COMPLETE AND TRUE. THE COMPLETED
FORM MAY BE SHOWN TO THE DEFENDANT OR TO HIS
OR HER ATTORNEY.

TODAY'S DATE: __5/27/2022__

YOUR NAME: 　__FRANCES D. WRIGHT__

YOUR ADDRESS: 　__3133 1/2 Guernsey Street__

CITY __BELLAIRE,__ 　STATE __OH__ 　ZIIP __43906__

YOUR HOME PHONE NUMBER 　　__(740) 298-1784__

YOUR WORK NUMBER _____ YOUR CELL NUMBER _____

### INFORMATION CONCERNING THE PERSON (S) YOU ARE COMPLAINING ABOUT

NAME (S): 　__JEFFREY TODD LOEFFLER;__ 　　__JOSEPH E. KLUG__

　　　__200 WEST 36TH. STREET, APT. 8__ 　__3496 CENTRAL A__

ADDRESS: 　__SHADYSIDE, OH 43947__ 　　__SHADYSIDE, OH 43947__

CITY: _____ STATE: _____ ZIP: _____
__VILLAGE OF SHADYSIDE, OH__

PHONE NUMBER: _____

SOCIAL SECURITY NUMBER: _____

DATE OF BIRTH: _____

DRIVER'S LICENCSE NO#: _____

HEIGHT: _____ 　WEIGHT: _____

HAIR: _____ 　EYES: _____

OTHER IDENTIFYING MARKS·

Signed: _Frances D Wright_

αB 5/27/22

IN THE COURT OF COMMON PLEAS
BELMONT COUNTY, OHIO

| | | |
|---|---|---|
| STATE ex rel. Givens, et al., | ) | CASE NO. 19-CV0301 |
| Petitioners, | ) | JUDGE FRANK A. FREGIATO |
| vs. | ) | **AFFIDAVIT OF VILLAGE CODE ADMINISTRATOR JOE KLUG** |
| VILLAGE OF SHADYSIDE, OHIO, et al., | ) | |
| Respondents. | ) | |

I, JOE KLUG, upon personal knowledge and information, hereby aver the following as true and accurate facts:

1.      I am the Village Code Administrator for the Village of Shadyside, Ohio.

2.      Property located at 3735 Highland Avenue in the Village of Shadyside became overgrown, unkempt and presented a hazard to neighboring residences in violation of local Shadyside Ordinance No. 1329.01.

3.      On or about May of 2019, I reviewed and analyzed the property pursuant to the criteria set forth in Local Ordinance 1329.01 and determined there were numerous code violations.

4.      Pursuant to the requirements of 1329.01, I then took photographs capturing the nature and extent of the nuisance and also prepared a written report to be presented to the Village council.

5.      Subsequent to the preparation of the photographs and the report, I also issued a notice pursuant to Local Ordinance 1329.03, perfecting both personal and mail service to the owners of the residence, Carol and Dennis Givens.

6.      The particular requirements of Ordinance 1329.01 and 1329.03 were meticulously



EXHIBIT

1

adhered to and complied with by the Village.

     7.    Service was perfected by publication on July 22, 2019, and the notice to owners were sent via certified mail on July 15, 2019 and again August 19, 2019.

     FURTHER AFFIANT SAYETH NAUGHT.

JOE KLUG

SWORN TO before me and subscribed in my presence this __11th__ day of January, 2021.

Notary Public
THOMAS M. RYNCARZ, ATTORNEY AT LAW
Notary Public State of Ohio
My Commission Has No Expiration Date
Section 147.03 R.C.

2

**Plaintiff-Petitioner ~ EXHIBIT A**

---

# AFFIDAVIT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) IN THE MATTER OF:    Case No. 19-CV-301 |
| STATE OF   <u>Florida</u> | ) |
| | ) Belmont County Common Pleas Court |
| COUNTY OF   <u>Brevard</u> | ) Saint Clairsville, Ohio |
| | ) |
| TO WIT: | ) *State el rel. Givens v. Village of Shadyside, et al.* |
| | |

STATEMENT OF EYE-WITNESS
OF CAROL L. GIVENS

SS:

    I, CAROL L. GIVENS, *am over the age of 18 years old, a citizen of the United States, and make this Affidavit or Affirmation on personal knowledge and am competent to testify to the matters herein admissible in evidence, and have read the information and make these statements of my own accord, and am competent to testify of the matters as stated, and the facts therein, under penalty of perjury.*

*This is to Affirm that,*

    I, do hereby Swear or Affirm, DEPOSES and TESTIFY to the foregoing as TRUE and CORRECT:

1. I, CAROL L. GIVENS, have never received notice pursuant to Local Ordnance 1329.03, etcetera, or ever been served as the "owner" of the residence, located at: 3735 Highland Avenue, Shadyside, OH 43947, by Village Code Administrator, "Joe Klug", or any other official or officer representing the Village of Shadyside, at anytime, by personal service, mail, or by any other means, as outlined in the Affidavit of Officer Joe Klug of the Eleventh Day of January, 2021;

2. I, CAROL L. GIVENS, have not yet seen publication, or received, any copy of, "Notice of Public Nuisance" of 3735 Highland Avenue, Shadyside, OH 43947, nor been informed by certified mail that I, CAROL L. GIVENS, or DENNIS A. GIVENS to my knowledge, have not been in compliance of Shadyside Village Ordinance 1329.01, or received Notice of nuisance, by any means; as attested to by Officer Joe Klug of the Village of Shadyside, Ohio on the Eleventh Day of January, 2021;

3. I, CAROL L. GIVENS, nor DENNIS A. GIVENS to my knowledge, at anytime filed an "official appeal" or "otherwise exhaust administrative remedies" because I, and DENNIS A. GIVENS, were not aware by Notice of any ordinance, or "nuisance violation", or that even by Notice that a "nuisance" was found, or even directed at I, CAROL L. GIVENS, OR DENNIS A. GIVENS, at anytime;

4. I, CAROL L. GIVENS, have not known 3735 Highland Avenue, Shadyside, OH 43947, to invade, or otherwise interfere with another's right, or interests, as to the peaceful use or enjoyment of the property, by being offensive, annoying, dangerous, obstructive, a hazard, or unhealthful, under any circumstances during the course(s) and time(s) outlined in the Affidavit of Officer Joe Klug of Eleventh Day of January, 2021;

*(NOTARY ON NEXT PAGE)*            (continued on Page 2 of 2)

Affiant – CAROL L. GIVENS                           Page 1 of 2

(Continued from Page 1 of 2)

5. Further, I, CAROL L. GIVENS, am aware that the Shadyside Village Council, Mayor Robert Newhart, Sr., acted as judge, jury, and executioner, regarding vicious rumors with neighbors to incite otherwise destructive acts with unlawful and negative impact on "the Givens property", that was wholly unfounded and untrue;

6. Further, I, CAROL L. GIVENS, have NEVER met, OR RECEIVED personal service or delivery by a "Joe Klug", nor any representative of the Village of Shadyside regarding violations of ordinances, nor have had any business, or interaction of any kind, with the same, under any circumstances referred to by Joe Klug, or by letter, or by any other correspondence, referring to public nuisance to this very date; I, CAROL L. GIVENS, have had NO interaction with a "Joe Klug", or anyone whom he has said represents;

7. The foregoing Affidavit is true and correct;


AND I, CAROL L. GIVENS, make this Affidavit, being of sound mind,

Further Affiant sayeth naught.

### NOTARY

Before me, a Notary Public (or Justice of the Peace) in and for said county, personally appeared the above-named, CAROL L. GIVENS, who has acknowledged that she did sign the foregoing Affidavit, and being first duly SWORN on OATH according to law, deposes and says that she has read the foregoing Affidavit subscribed by her and that the matter stated herein are true to the best of her information, knowledge and belief, in testimony whereof, I have hereunto subscribe my name,

SWORN before me,
In the County of _Brevard_, this _11th_
of _February_, 20_21_.

)
)
)
)
)

SWORN, ATTESTED AND AFFIRMED,

By: _Carol L. Givens_
CAROL L. GIVENS, Affiant

_Notary Public_
My Commission Expires:  9/5/2022

{ SEAL }

```
PLAINTIFF
EXHIBIT A
```



Notary Public State of Florida
Emily Caldwell
My Commission GG 255758
Expires 09/05/2022

Carol L. Givens
3735 Highland Avenue
Shadyside, OH 43947

Affiant – CAROL L. GIVENS

Page 2 of 2



# Village of Shadyside
50 East 39th Street, Shadyside, Ohio 43947
# Department of Police
Donald L. Collette, Chief of Police

Phone: 740-676-4023                                    Fax: 740-676-6548

## VOLUNTARY STATEMENT FORM

Agency Report Number: _____     Date of Incident: _5/19/2021;_ and Time of Incident: Approx 3:35 p.m.
                                                                      on other occasions

Statement of: _____Frances D. Wright_____                                          Phone: _____

Address: _____3133 1/2 Guernsey Street_____     City: Bellaire,     State: OH   Zip: 43906

Driver's License: RT056625     State: OH   DOB: 12/8/1954     SSN: ___-___-_____

                                                                      Page: _1_ of _1_

PERSONNEL COMPLAINT, ELDER ADULT PROTECTION; CRIMINAL RETALIATION

~~RE: OFFICER JEFFREY TODD LOEFFLER; JOE KLUG (a.k.a. JOSEPH E. KLUG)~~

TO: INTERNAL AFFAIRS     ATTN. MAYOR ROBERT NEWHART:

I, Frances D. Wright, wittnessed the infliction upon an elderly adult by intimindation, pain, and mental anguish upon Carol L. Givens, by Officer Jeffrey T. Loeffler, by verbal abuse, phyical threat, and denial of Mrs. Givens' rights to report crimes against her, and her family, and her political affiliations against Mayor Robert Newhart, under Ohio Revised Code, Section 5101.60(A) ; AND 2921.05 Retaliation, report of crimes, a lawful act on May 19, 2022; jumping and with threatening acts. Officer Loeffler lunged at Mrs. Carol L. Givens, as witnessed by a rookie officer, whom Loeffler prevent her from giving her name, and badge number for identification purposes, three times, nearly knocking directly into Mrs. Givens, in retaliation for turning in a lawfuly complaint about her neightbor, who has been accused of criminal tresapass, and whom Mrs. Givens lives in fear of her life and land, and retaliaiton and drawing of weapons against her vehicle and harassment, in the Village of Shadyside, Ohio, and have not been an isolated incident.

Furthermore, Officer Jeffrey T. Loeffler, on May 19, 2022, have subjected Carol L. Givens, to a pattern of behavior that has occured over time by the Shadyside  Police Department, also involving Joseph E. Klug of 3496 Central Avenue, Shadyside, OH 43947, and that has targeted this elderly person.

In addition, aggression was witnessed against Mrs. Carol L. Givens, by Officer Jeffery T. Loeffler, that has resulted in physical harm, mental anguish and the deprivation of rights to services necessary to avoid phyisical harm, mental anguish, or for life-sustencances such as basic, water and other services, under Ohio Revised Code Section 5101.60(O), and 2921.05, from the Village of Shadyside, Ohio, in criminal acts against Mrs. Givens for lawfully reporting a crime.

I, Frances D. Wright, have reason to believe that Carol L. Givens is being abused, or exploited and lives in fear by said person(s).

I make this statement of my own free accord and swear that the above is true to the best of my knowledge

Signed: _Frances D Wright_____     Date: _5/27/2022_

Witness: _____     Date: _____